**PETTY OFFENSE DOCKET SHEET AND JUDGMENT ORDER**

Judicial Officer: THOMAS RAWLES JONES, JR.

Location: SPECIAL DOCKET

Page No. 1

Date of Proceedings: SEPTEMBER 27, 2011

**COURTROOM # 301**

| Number | Name & Address of Defendant | Offenses | Date of Offense | Officer | Agency | Did Not Appear | Plea | Judgment | Fee | Special Assmt | Fine | Other Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2615086 | CAMPBELL, Jon | Probation Violation | | | | through atty Paulson | | | | | | Govt's motion to dismiss the petition - Granted. |
| 3330447 | JOHNSON, Gregory | Fail to Stay in One Lane | 09/10/11 | Gillespie | EV64 | w/atty Quill | | | | | | DISMISSED |
| 3330448 | " | D.U.I. | " | " | " | " | G | G | 25 | 10 | 25 | 1 year supervised probation with conditions 90 days to pay. |
| 3330449 | " | D.W.I. w/BAC of .08% or more | " | " | " | " | | | | | | DISMISSED |
| 3330450 | " | No Tag Light | " | " | " | " | | | | | | DISMISSED |

In Court Time: ___ HOURS  6  MINUTES  (FTR)  Signature of Judicial Officer _____  Date 9/27/11